**Order entered June 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00465-CV

## IN THE INTEREST OF D.P.B. AND D.Z.B., MINOR CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-12682**

## ORDER

The briefing deadline in this appeal was triggered on May 3, 2019 when the clerk's record was filed. Although the reporter's record had not yet been filed, appellant indicated in his docketing statement that he had not requested the record and did not indicate he would be requesting it.

Appellant did not file his brief by the deadline, and when he had still not filed the brief two days later, was notified by the Court that his brief was late. Before the Court is his response, a letter filed June 14th explaining he requested the reporter's record in April and had just received an invoice for the record of the first of two trial dates he requested. He states further that he has made payment arrangements for this invoice and asks the briefing deadline be reset until the complete record is filed.

We **GRANT** the request and **ORDER** as follows.

We **ORDER** Donna Kindle, as the Official Court Reporter for the 303rd Judicial District Court to file, no later than June 25, 2019, written verification appellant has been invoiced for the record of December 7, 2018, the second trial date. We further **ORDER** appellant to file, no later than June 28, 2019, written verification he has paid or made arrangements to pay that invoice. The complete reporter's record shall be filed no later than July 15, 2019 and appellant shall file his brief no later than August 14, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Kindle and the parties.

/s/    KEN MOLBERG
        JUSTICE